UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Jeffrey Kerr,<br>Kristin Simon,<br>Martin Mersereau,<br>Stephanie Bell,<br>Daphna Nachminovitch,<br><br>           Petitioners,<br>v.<br><br>Robert E. Tardif, Jr., a/t/f Jason Yerk,<br><br>           Respondent. | **Civil Action No. 1:11-mc-44**<br>**(LMB/TRJ)**<br><br>[Case pending in the U.S. District Court for the Middle District of Florida, Case No. 2:09-CV-537] |

**MOTION FOR A RULE TO SHOW CAUSE AND FOR ADDITIONAL SANCTIONS**

The Petitioners, by counsel, move this Court to issue a rule to show cause why the Respondent and his counsel should not be held in contempt, for violation of this Court's March 26, 2012 Order and for failure to pay sanctions entered against the Respondent in March. The rule should require Respondent and his counsel to personally appear, to pay the sanctions imposed by the March 26 Order, plus interest. Petitioners also move for additional sanctions for violation of the March 26 Order, and for Petitioners' fees in having to file this motion to enforce the order and an opposition to the bogus "*pro se*" motion mailed to the Court.

Petitioners have made several good faith efforts to contact and confer with Respondent's counsel by phone and by email pursuant to Rule 7 of this Court and have been unable to communicate with Respondent's counsel.

| | |
|---|---|
| **DATED:  May 10, 2012** | **Respectfully submitted**, |
| | **PETITIONERS**<br>*By Counsel* |
| | _____*/s/*_____<br>Stacey Rose Harris<br>VSB No. 65887<br>*Counsel for Petitioners*<br>**DIMUROGINSBERG**, PC<br>1101 King Street, Suite 610<br>Alexandria, VA 22314<br>Phone: (703) 684-4333<br>Fax: (703) 548-3181<br>Email: sharris@dimuro.com |
| | _____*/s/*_____<br>Philip J. Hirschkop, Esq.<br>VSB No. 04929<br>*Co-Counsel for Petitioners*<br>Hirschkop & Associates, P.C.<br>1101 King Street, Suite 610<br>Alexandria, Virginia  22314<br>Tel: (703) 836-6595<br>Fax:  (703) 548-3181<br>Email:  pjhirschkop@aol.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2012, I filed the foregoing with the Clerk of Court and the foregoing was served by U.S. mail, postage pre-paid, to the following counsel of record:

José P. Font, Esq.
5821 Hollywood Boulevard
First Floor
Hollywood, FL 33021
Phone: (954) 927-5330
E-mail: jfont@florida-law.com

*Counsel for Respondent*

                                                */s/*
                                         Stacey Rose Harris
                                         VSB No. 65887
                                         *Counsel for Petitioners*
                                         **DiMuroGinsberg**, PC
                                         1101 King Street, Suite 610
                                         Alexandria, VA 22314
                                         Phone: (703) 684-4333
                                         Fax: (703) 548-3181
                                         Email: sharris@dimuro.com