IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Jeffrey Kerr,<br>Kristin Simon,<br>Martin Mersereau,<br>Stephanie Bell,<br>Daphna Nachminovitch<br><br>　　　　　Petitioners,<br>　　v.<br><br>Robert E. Tardif, Jr., a/t/f Jason Yerk<br><br>　　　　　Respondent. | No. 1:11mc44 (LMB/TRJ) |

O R D E R

The court has under advisement Petitioners' Motion for a Rule to Show Cause and for Additional Sanctions (no. 15). Upon consideration of the briefs in support and in opposition, it appears that the conduct complained of does not constitute contempt, and it is accordingly ORDERED that the motion is DENIED.

It is so ORDERED.

ENTERED this 31st day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Thomas Rawles Jones, Jr.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia